452 A.2d 51

Dixon, Jr., Appellant v. Frey, et al. v. Roos.

Argued June 15, 1982. C. Gates, Jr., for appellant; John E. Hall, for Frey, appellees; Robert L. Federline, for Roos, appellee; Robert W. Murdock, for Col-

lege Apts., appellee; William C. Robinson, for Kulbacki, et al., appellees; Leo M. Stepanian, for Buck, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

The order of September 28, 1981 is affirmed.